# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138799 & (28)

SANDRA CANTLEY, Personal
Representative of the Estate of
James Cantley, Deceased,
            Plaintiff-Appellant,

v

SC: 138799
COA: 288800
Genesee CC: 07-085696-NO

GENESEE COUNTY ROAD
COMMISSION,
            Defendant-Appellee.

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the March 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2009

Clerk